**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6336

_____

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

ARMISTEAD D. MYERS,

> Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Senior District Judge.  (1:01-cr-00188-CCB-1; 1:16-cv-02371-CCB)

_____

Submitted:  August 31, 2022                    Decided:  September 13, 2022

_____

Before NIEMEYER, DIAZ, and RICHARDSON, Circuit Judges.

_____

Dismissed and remanded by unpublished per curiam opinion.

_____

**ON BRIEF:**  Paresh S. Patel, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Greenbelt, Maryland, for Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Armistead D. Myers seeks to appeal the district court's order denying his 28 U.S.C. § 2255 motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved *all* claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (internal quotation marks omitted).

Our review of the record reveals that the district court did not adjudicate all of the claims raised in the § 2255 motion. *Id.* at 696-97. Specifically, the court did not address Myers' challenge to his career offender enhancement in light of *Johnson v. United States*, 576 U.S. 591 (2015), advanced in his instant § 2255 motion prior to amendment. It does not appear that Myers intended to abandon that claim during the pendency of his § 2255 motion. We therefore conclude that the order Myers seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and remand to the district court for consideration of the unresolved claim. *Porter*, 803 F.3d at 699.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*